No. 570, Misc.  BURNS *v.* ILLINOIS.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 461.  UNITED STATES *v.* COLUMBIA STEEL CO. ET AL., *ante,* p. 495.  Rehearing denied.

No. 544.  UNITED STATES *v.* NATIONAL CITY LINES, INC. ET AL., *ante,* p. 573.  Rehearing denied.

No. 655.  PHYLE *v.* DUFFY, WARDEN, *ante,* p. 431.  Rehearing denied.

No. 697.  ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, *ante,* p. 827.  Rehearing denied.

Nos. 716 and 717.  HAZELTINE CORPORATION *v.* KIRKPATRICK, U. S. DISTRICT JUDGE, *ante,* p. 819.  Rehearing denied.

No. 810.  TINKOFF *v.* ILLINOIS EX REL. CHICAGO BAR ASSOCIATION ET AL., *ante,* p. 833.  Rehearing denied.  MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 326, Misc.  O'LOUGHLIN *v.* PARKER, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION, 333 U. S. 868.  Motion for leave to file a third petition for rehearing denied.

No. 500, Misc.  COLE ET AL. *v.* NEW JERSEY, *ante,* p. 851.  Rehearing denied.

No. 519, Misc.  HARRIS *v.* CITY OF NEW YORK, *ante,* 836.  Rehearing denied.

No. 528, Misc.  IN RE PIERCE, *ante,* p. 831.  Rehearing denied.